UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LEANDRO ESCALANTE, | ) | |
| | ) | CIVIL ACTION NO. |
| Petitioner, | ) | |
| | ) | 3:03-CV-0941-G |
| VS. | ) | |
| | ) | CONSOLIDATED WITH |
| DOUGLAS DRETKE, Director, Texas | ) | |
| Department of Criminal Justice, | ) | 3:03-CV-0942-G |
| Correctional Institutions Division, | ) | 3:03-CV-0944-G |
| | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this consolidated action, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the court.

**SO ORDERED**.

April 29, 2005.

_____
A. JOE FISH
CHIEF JUDGE